# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ANTHONY MICHAEL DANIELS, | : | No. 107 MM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DEBORAH L. CARPENTER, SECRETARY | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| PROBATION AND PAROLE ["PBPP"], | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DISMISSED.